UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| SEAN M. PANKOW, | ) | 3:08-CV-00666-ECR-VPC |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: February 4, 2010 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On December 28, 2009, the Magistrate Judge filed a Report and Recommendation (#13) recommending that Plaintiff's Motion for Reversal (#8) be denied and Defendant's Cross Motion for Summary Judgment (#11) be granted.

    Plaintiff filed Objections (#14).  Upon de novo review, we find that the Magistrate Judge has correctly decided this matter.

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#13) of the Magistrate Judge is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** Plaintiff's Motion for Reversal (#8) is **DENIED**.  Defendant's Cross Motion for Summary Judgment (#11) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By    /s/
    Deputy Clerk