AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

SEAN M. PANKOW,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:08-CV-00666-ECR-VPC**

MICHAEL J. ASTRUE,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal (#8) is **DENIED**. Defendant's Cross Motion for Summary Judgment (#11) is **GRANTED**.


  February 8, 2010                    **LANCE S. WILSON**
                                      Clerk


                                    D. R. Morgan
                                  Deputy Clerk